

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 2 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| WAYNE M. KLOCKE, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF THOMAS KLOCKE., *Plaintiff*, | § § § § § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-00285-A |
| THE UNIVERSITY OF TEXAS AT ARLINGTON; and, NICHOLAS MATTHEW WATSON, *Defendants*. | § § § § § § | |

---

### THE UNIVERSITY OF TEXAS AT ARLINGTON'S MOTION TO DISMISS

---

The University of Texas at Arlington moves to dismiss this lawsuit under Rules 12(b)(1) and 12(b)(6). This lawsuit is pleaded as a Title IX suit against UT-Arlington. Under each theory of Title IX liability, however, Plaintiff fails to meet his burden. The reasoning, factual basis, and legal basis, are all contained in the accompanying brief in support of this motion.

Accordingly, UT-Arlington prays that the Court dismiss this case with prejudice for the reasons stated in UT-Arlington's brief in support of its motion to dismiss.

Respectfully submitted,


KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

Sean Flammer
Assistant Attorney General
Texas Bar No. 24059754
Frank A. King
Texas Bar No. 00794091
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
sean.flammer@oag.texas.gov
frank.king@oag.texas.gov
(512) 463-2120 PHONE
(512) 320-0667 FAX
**COUNSEL FOR DEFENDANT
UNIVERSITY OF TEXAS-
ARLINGTON**

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2017, a true and correct copy of the foregoing document was served via electronic mail to all counsel of record.

Chaiken & Chaiken, P.C.
Legacy Town Center III
5801 Tennyson Pkwy., Suite 440
Plano, TX 75024
kchaiken@chaikenlaw.com

Jonathan T. Suder
Friedman, Suder & Cooke, P.C.
Tindall Square Warehouse No. 1
604 East Fourth Street, Suite 200
Fort Worth, Texas 76102
jts@fsclaw.com
**Attorneys for Plaintiff**

Darren Gibson
Littler Mendelson, P.C.
100 Congress Ave., Suite 1400
Austin, TX 78701
dgibson@littler.com

Victoria Nsikak
Littler Mendelson, P.C.
2001 Ross Ave., Suite 1500
Dallas, TX 75201
vnsikak@littler.com
**Attorneys for Nicholas Watson**

Sean Flammer