IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | § | |
|---|---|---|
| WAYNE M. KLOCKE, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF THOMAS KLOCKE, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:17-CV-00285-A |
| THE UNIVERSITY OF TEXAS AT ARLINGTON and NICHOLAS MATTHEW WATSON, | § § § § § | |
| Defendant. | § § | |

## DEFENDANT NICHOLAS MATTHEW WATSON'S MOTION TO DISMISS PURSUANT TO THE TEXAS CITIZENS PARTICIPATION ACT

TO THE HONORABLE JOHN H. MCBRYDE:

Defendant Nicholas Matthew Watson ("Watson" or "Defendant") files this Motion to Dismiss Plaintiff's defamation claim against Watson pursuant to the Texas Citizens Participation Act, Texas Civil Practice and Remedies Code Chapter 27 (the "TCPA"). Plaintiff's defamation cause of action against Watson is based on, relates to, and is response to Watson's exercise of his right of free speech and right to petition. As a result, Watson is entitled to the protections of the TCPA. TEX. CIV. PRAC. & REM. CODE §27.003. Even if Plaintiff can bring forth evidence of a *prima facie* defamation claim, Plaintiff's claim against Watson should be dismissed due to Plaintiff's failure to comply with the Texas Defamation Mitigation Act. *Id.* at §§ 27.006(a), 73.055(a).

For the reasons set forth in the brief in support of this motion to dismiss, Defendant Watson prays that the Court dismiss this case with prejudice and award him court costs, reasonable attorneys' fees, and sanctions, in accordance with the TCPA.

Respectfully submitted,

/s/ Victoria Nsikak
Victoria Nsikak
Texas State Bar No. 24077487
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500
Dallas, TX 75201-2931
214.880.8100
214.880.0181 (Facsimile)
vnsikak@littler.com

Darren G. Gibson
Texas State Bar No. 24068846
LITTLER MENDELSON, P.C.
100 Congress Avenue
Suite 1400
Austin, TX 78701
512.982.7250
512.982.7248 (Facsimile)
dgibson@littler.com

**ATTORNEYS FOR DEFENDANT
NICHOLAS MATTHEW WATSON**

## CERTIFICATE OF SERVICE

On June 6, 2017, the undersigned attorney filed the foregoing document with the Clerk of Court for the Northern District of Texas and served a true and correct copy of the foregoing via electronic mail to the following counsel of record. Pursuant to the Court's Order (Doc. 24), on June 7, 2017, the undersigned attorney refiled this document with the Clerk of Court for the Northern District of Texas in order to comply with the filing requirements of the Court, and the undersigned counsel and has served a true and correct copy of the foregoing via electronic mail to the following counsel of record:

Kenneth B. Chaiken
Robert L. Chaiken
CHAIKEN & CHAIKEN, P.C.
Legacy Town Center III
5801 Tennyson Pkwy., Suite 440
Plano, Texas 75024
kchaiken@chaikenlaw.com
rchaiken@chaikenlaw.com

Jonathan T. Suder
Todd I. Blumenfeld
FRIEDMAN, SUDER & COOKE, P.C.
Tindall Square Warehouse No. 1
604 East Fourth Street, Suite 200
Fort Worth, Texas 76102
jts@fsclaw.com
blumenfeld@fsclaw.com

Sean Flammer
Frank A. King
OFFICE OF THE ATTORNEY GENERAL
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
sean.flammer@oag.texas.gov
frank.king@oag.texas.gov

_____
Victoria Nsikak