U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 26 2018
CLERK, U.S. DISTRICT COURT
By ______ Deputy

AO 133 (Rev. 12/09) Bill of Costs - TXND

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

WAYNE KLOCKE, INDEPENDENT ADMIN. OF ESTATE OF THOMAS KLOCKE
v.
THE UNIVERSITY OF TEXAS AT ARLINGTON

Case No.: 4:17-CV-00285-A

## BILL OF COSTS

Judgment having been entered in the above entitled action on 06/07/2018 (*Date*) against Plaintiff,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 20,707.96 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| | |
| TOTAL | $ 20,707.96 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: [signature]

Name of Attorney: Sean Flammer, Assistant Attorney General

For: Defendant The University of Texas at Arlington (*Name of Claiming Party*) Date: 06/25/2018

### Taxation of Costs

Costs are taxed in the amount of ______________ and included in the judgment.

______________ (*Clerk of Court*) By: ______________ (*Deputy Clerk*) ______________ (*Date*)

AO 133 (Rev. 12/09) Bill of Costs - TXND

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the partyclaiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| WAYNE KLOCKE, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF THOMAS KLOCKE, *Plaintiff*, | § § § § | |
| v. | § § | Civil Action No. 4:17-CV-00285-A |
| THE UNIVERSITY OF TEXAS AT ARLINGTON, *Defendant*. | § § | |

**DEFENDANT'S BILL OF COSTS ITEMIZATION**

| ITEM | INVOICE DATE | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 1. | 2/20/18 | Flora Valforte | $ 389.92 | Transcript of deposition of Jean Hood, taken on 1/30/18 |
| 2. | 3/12/18 | Veritext | $ 1,558.27 | Transcript of deposition of Nicholas Watson, taken on 2/10/18 |
| 3. | 3/29/18 | Integrity | $ 4,411.00 | Transcript and video of deposition of Wayne Klocke, taken on 3/8/18 |
| 4. | 3/28/18 | Integrity | $ 2,946.60 | Transcript and video of deposition of Nancy Klocke, taken on 3/9/18 |
| 5. | 3/20/18 | Global Deposition Services | $ 826.47 | Transcript of deposition of Dwight Long, taken on 3/7/18 |
| 6. | 3/20/18 | Global Deposition Services | $ 753.84 | Transcript of deposition of Charity Stutzman, taken on 3/7/18 |
| 7. | 3/19/18 | Global Deposition Services | $ 298.80 | Transcript of deposition of Mariah Kelly, taken on 3/8/18 |
| 8. | 3/29/18 | Global Deposition Services | $ 227.50 | Videotape of deposition of Mariah Kelly, taken on 3/8/18 |
| 9. | 4/20/18 | Global Deposition Services | $ 1,933.60 | Transcript of deposition of Timothy Quinnan, taken on 3/22/18 |
| 10. | 4/20/18 | Global Deposition Services | $ 227.50 | Videotape of deposition of Timothy Quinnan, taken on 3/22/18 |
| 11. | 5/11/18 | Global Deposition Services | $ 1,710.61 | Transcript of deposition of Daniel Moore, taken on 4/26/18 |

| ITEM | INVOICE DATE | VENDOR | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 12. | 5/11/18 | Global Deposition Services | $ 2,342.40 | Transcript of deposition of Heather Snow, taken on 4/27/18 |
| 13. | 6/13/18 | Kim Tindall & Associates | $ 1,840.65 | Transcript of deposition of Amy Zavadil, taken on May 21, 2018 |
| 14. | 6/20/18 | Kim Tindall & Associates | $ 1,240.80 | Transcript of deposition of Alan Berman, taken on June 1, 2018 |
| **TOTAL** | | | **$20,707.96** | |

**FLORA VALFORTE, CSR**
Certified Shorthand Reporter
WestsideCourtReporting@gmail.com
3913 Candlewick Court
Bedford, Texas 76021
Phone: 214-793-6210

**INVOICE**

DATE: 02/20/2018
INVOICE#: JH-013018-C
Tax I.D.#: 559087110

Bill to:

**MR. H. CARL MYERS**
**Assistant Attorney General**
**P.O. Box 12548**
**Austin, Texas 78711**

Electronic Copy of the Oral Deposition of JEAN HOOD $389.92

Case No. 4:17-CV-00285-A
Wayne M. Klocke, Plaintiff,
vs.
The University of Texas at Arlington, Defendants.

Date Taken: January 30, 2018

**THANK YOU FOR YOUR BUSINESS!**

H. CARL MYERS

OK TO PAY - CX 0596934926

20180313011926

CA

**Veritext Corp**
**Texas Region**

300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. 817-336-3042 Fax. 817-654-4006
Fed. Tax ID: 20-3132569

2018 MAR 12 AM 7:01
ATTORNEY GENERAL
ACCOUNTING DIV.

VERITEXT LEGAL SOLUTIONS

**Bill To:** H. Carl Myers
Texas Office of the Attorney General
300 W 15th St.
11th Fl
Austin, TX, 78701-1649

**Invoice #:** TX3258595
**Invoice Date:** 3/12/2018
**Balance Due:** $1,558.27

**Case:** Klocke, Wayne M. v. University Of Texas At Arlington
**Job #:** 2774820 | Job Date: 2/10/2018 | Delivery: Normal
**Billing Atty:** H. Carl Myers
**Location:** Littler Mendelson PC
333 Bush St. | 34th Floor | San Francisco, CA 94104
**Sched Atty:** Kenneth Chaiken Esq. | Chaiken & Chaiken

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Nicholas Watson | Certified Transcript | Page | 336.00 | $2.95 | $991.20 |
| | Exhibits | Per Page | 48.00 | $0.20 | $9.60 |
| | Rough Draft | Page | 272.00 | $1.50 | $408.00 |
| | Litigation Package | 1 | 1.00 | $46.00 | $46.00 |
| | Administration Fee | | 1.00 | $58.00 | $58.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 34.00 | $0.50 | $17.00 |
| | Shipping & Handling | Package | 1.00 | $28.47 | $28.47 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,558.27 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,558.27 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

AG# CX0596934926

Approved: Carl.

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

135556

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** TX3258595
**Job #:** 2774820
**Invoice Date:** 3/12/2018
**Balance:** $1,558.27

201804190204



# INVOICE

P.O. Box 245 | Manchaca, Texas 78652

2018 APR 19 AM 8:33

ATTORNEY GENERAL ACCOUNTING DIV

| Date | Invoice # |
|---|---|
| 3/29/2018 | 14370 |

Office of the Attorney General
Accounting Office
P.O. Box 12548 Capital Station
Austin, TX 78711-2548

4;17-CV-00285-A

Wayne M. Klocke
vs.
The University of Texas at Arlington

| Sean Flammer | Kathy Morris | General Litigation Division |
|---|---|---|

| 1264073074800 | 26-4073074 | 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 | CX596934926 | Austin |
|---|---|---|---|---|

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/8/2018 | DEPO1 - A one-time base fee that may be charged per deposition to includeOriginal transcript, one (1) copy of transcript, one (1) e-transcript, and a keyword index. Delivery of transcript. File the Reporter's Certificate with the Court as required by the appropriate rules of procedure. Produce deposition transcript in Amicus, ASCII, Summation, Visionary, Relativity, Trial Director, or specified electronic format. | 1.00 | 75.00 | 75.00 |
| | DEPO29 - Transcript, Per page, four business day turnaround - Wayne M. Klocke | 198.00 | 9.75 | 1,930.50 |
| | DEPO ASSUMPTION - Videotaped, Expert (Incl. Medical and Technical), or Translated | 198.00 | 0.50 | 99.00 |
| | DEPO ASSUMTIONS - Wait Time | 2.25 | 50.00 | 112.50 |
| | DEPO36 - Present the deposition in real time - Sean Flammer; Shelly Boseman | 324.00 | 2.00 | 648.00 |
| | DEPO18 - Insertion of exhibit tabs in excess of five (5) tabs | 30.00 | 0.75 | 22.50 |
| | DEPO22 - Copying pages in Exhibit in excess of 50 pages (Oversized, Black & White) | 72.00 | 0.75 | 54.00 |
| | DEPO38 - Upon request, produce the deposition exhibits on a disc, USB, or in a three ring binder. | 3.00 | 20.00 | 60.00 |
| | Subtotal | | | 3,001.50 |
| | VIDEO2 - Video recording per hour | 8.50 | 125.00 | 1,062.50 |
| | VIDEO4 - Transfering video clips to media specified | 1.00 | 50.00 | 50.00 |
| | VIDEO5 - Produce video for use with Visionary, Relativity, Trial Director, or specified formats. | 198.00 | 1.50 | 297.00 |
| | Subtotal | | | 1,409.50 |
| | CX 0596934926 Approved: Sean Flammer | | | |
| Thank you for your business. | | | **TOTAL** | $4,411.00 |

| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |
|---|---|---|



201803290285 16



P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| | |
|---|---|
| 3/28/2018 | 14369 |

2018 MAR 29 AM 7:57

ATTORNEY GENERAL ACCOUNTING DIV

Office of the Attorney General
Accounting Office
P.O. Box 12548 Capital Station
Austin, TX 78711-2548

4;17-CV-00285-A

Wayne M. Klocke
vs.
The University of Texas at Arlington

| Sean Flammer | Kathy Morris | General Litigation Division | | |
|---|---|---|---|---|
| 1264073074800 | 26-4073074 | 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 | CX596934926 | Austin |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/9/2018 | DEPO1 - A one-time base fee that may be charged per deposition to includeOriginal transcript, one (1) copy of transcript, one (1) e-transcript, and a keyword index. Delivery of transcript. File the Reporter's Certificate with the Court as required by the appropriate rules of procedure. Produce deposition transcript in Amicus, ASCII, Summation, Visionary, Relativity, Trial Director, or specified electronic format. | 1.0 | 75.00 | 75.00 |
| | DEPO28 - Transcript, Per page, three business day turnaround - Nancy Bertram Klocke | 121.0 | 10.35 | 1,252.35 |
| | DEPO ASSUMPTION - Videotaped, Expert (Incl. Medical and Technical), or Translated | 121.0 | 0.50 | 60.50 |
| | DEPO36 - Present the deposition in real time - Seth Johnson; H. Carl Myers | 184.0 | 2.00 | 368.00 |
| | DEPO6 - Upon request, Rough ASCII. Specifically, a clean copy within 48 hours of deposition. | 92.0 | 2.00 | 184.00 |
| | DEPO18 - Insertion of exhibit tabs in excess of five (5) tabs | 8.0 | 0.75 | 6.00 |
| | DEPO21 - Copying pages in Exhibit less than fifty (50) pages (Oversized, Black & White). | 29.0 | 0.75 | 21.75 |
| | DEPO38 - Upon request, produce the deposition exhibits on a disc, USB, or in a three ring binder. | 3.0 | 20.00 | 60.00 |
| | Subtotal | | | 2,027.60 |
| | | | | |
| | VIDEO2 - Video recording per hour | 5.5 | 125.00 | 687.50 |
| | VIDEO4 - Transfering video clips to media specified | 1.0 | 50.00 | 50.00 |
| | VIDEO5 - Produce video for use with Visionary, Relativity, Trial Director, or specified formats. | 121.0 | 1.50 | 181.50 |
| | Subtotal | | | 919.00 |

Thank you for your business.

**TOTAL** $2,946.60

| | | |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

CX 0596934926
Approved [signature] Sean Flammer

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63230 | 3/20/2018 | 124908 |
| **Job Date** | **Case No.** | |
| 3/7/2018 | 4:17-CV-00285-A | |
| **Case Name** | | |
| Wayne M. Klocke, et al. v. The University of Texas at Arlington | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sean Flammer
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

| Description | Qty | Unit | @ | Rate | Amount |
|---|---|---|---|---|---|
| Expedited 5 Day Certified Copy of Deposition incl. word index | | | | | |
| Dwight Long | 219.00 | Pages | @ | 1.33 | 291.27 |
| Exhibits B&W OCR Scan/Copy | 24.00 | | @ | 0.40 | 9.60 |
| Delivery-Other | | | | 525.60 | 525.60 |
| Expedited 5 Day Certified Copy of Deposition incl. word index | | | | | |
| Charity Stutzman | 178.00 | Pages | @ | 1.33 | 236.74 |
| Exhibits B&W OCR Scan/Copy | 31.00 | | @ | 0.40 | 12.40 |
| CSI Litigation Support Package | | | | 50.00 | 50.00 |
| Delivery-Other | | | | 427.20 | 427.20 |
| Shipping & Handling | | | | 27.50 | 27.50 |
| | **TOTAL DUE >>>** | | | | **$1,580.31** |
| | AFTER 4/19/2018 PAY | | | | $1,675.13 |

826.47
753.84

Delivery-Other = 5-Day Rush Charges

To pay your invoice securely online please access
https://secure.lawpay.com/pages/courtroomsciences/gds-operating
Serviced by LawPay
Thank you for your prompt payment!

**Tax ID:** 75-2314328

Phone: 512-463-2120 Fax:

*Please detach bottom portion and return with payment.*

Sean Flammer
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

OK TO PAY
CX 0596934926

SEAN FLAMMER

Invoice No. : 63230
Invoice Date : 3/20/2018
**Total Due : $1,580.31**
AFTER 4/19/2018 PAY $1,675.13

Job No. : 124908
BU ID : PTI
Case No. : 4:17-CV-00285-A
Case Name : Wayne M. Klocke, et al. v. The University of Texas at Arlington

Remit To: **Professional Technologies, Inc.**
**DBA CSI Global Deposition Services**
**214-687-5964**
**bthompson@courtroomsciences.com**
**4950 N. O'Connor Rd., Suite 152**
**Irving, TX 75062-2778**

# INVOICE

GLOBALDEPOSITIONSERVICES
WWW.COURTROOMSCIENCES.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63247 | 3/19/2018 | 124909 |
| **Job Date** | **Case No.** | |
| 3/8/2018 | 4:17-CV-00285-A | |
| **Case Name** | | |
| Wayne M. Klocke, et al. v. The University of Texas at Arlington | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sean Flammer
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

| Description | Quantity | | Rate | Amount |
|---|---|---|---|---|
| Expedited Certified Copy of Deposition incl. word index | | | | |
| Mariah Kelly | 90.00 Pages | @ | 1.33 | 119.70 |
| Expedite 5 Day | | | | 72.00 |
| Exhibits B&W OCR Scan/Copy | 74.00 | @ | 0.40 | 29.60 |
| CSI Litigation Support Package | | | 50.00 | 50.00 |
| Shipping & Handling | | | 27.50 | 27.50 |
| | **TOTAL DUE >>>** | | | **$298.80** |
| | AFTER 4/18/2018 PAY | | | $316.73 |

To pay your invoice securely online please access
https://secure.lawpay.com/pages/courtroomsciences/gds-operating
Serviced by LawPay
Thank you for your prompt payment!

**Tax ID:** 75-2314328

Phone: 512-463-2120 Fax:

*Please detach bottom portion and return with payment.*

Sean Flammer
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

Invoice No. : 63247
Invoice Date : 3/19/2018
**Total Due : $298.80**
AFTER 4/18/2018 PAY $316.73

Job No. : 124909
BU ID : PTI
Case No. : 4:17-CV-00285-A
Case Name : Wayne M. Klocke, et al. v. The University of Texas at Arlington

Remit To: **Professional Technologies, Inc.**
**DBA CSI Global Deposition Services**
**214-687-5964**
**bthompson@courtroomsciences.com**
**4950 N. O'Connor Rd., Suite 152**
**Irving, TX 75062-2778**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63343 | 3/29/2018 | 125139 |
| **Job Date** | **Case No.** | |
| 3/8/2018 | 4:17-CV-00285-A | |
| **Case Name** | | |
| Wayne M. Klocke, et al. v. The University of Texas at Arlington | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sean Flammer
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

Video Production - Digital Conversion & Synchronization

Mariah Kelly

| | | |
|---|---|---|
| Digitze & Synchronize per Witness | 200.00 | 200.00 |
| Shipping & Handling | 27.50 | 27.50 |
| **TOTAL DUE >>>** | | **$227.50** |
| AFTER 4/28/2018 PAY | | $241.15 |

To pay your invoice securely online please access
https://secure.lawpay.com/pages/courtroomsciences/gds-operating
Serviced by LawPay
Thank you for your prompt payment!

**Tax ID:** 75-2314328

Phone: 512-463-2120 Fax:

*Please detach bottom portion and return with payment.*

Sean Flammer
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

CX0596934926
OK TO PAY
SEAN FLAMMER

Invoice No. : 63343
Invoice Date : 3/29/2018
**Total Due : $227.50**
AFTER 4/28/2018 PAY $241.15

Job No. : 125139
BU ID : VIDEO-P
Case No. : 4:17-CV-00285-A
Case Name : Wayne M. Klocke, et al. v. The University of Texas at Arlington

Remit To: **Professional Technologies, Inc.**
**DBA CSI Global Deposition Services**
**214-687-5964**
**bthompson@courtroomsciences.com**
**4950 N. O'Connor Rd., Suite 152**
**Irving, TX 75062-2778**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63569 | 4/20/2018 | 125065 |
| **Job Date** | **Case No.** | |
| 3/22/2018 | 4:17-CV-00285-A | |
| **Case Name** | | |
| Wayne M. Klocke, et al. v. The University of Texas at Arlington | | |
| **Payment Terms** | | |
| Due upon receipt | | |

H. Carl Myers
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Certified Copy of Deposition incl. word index | | | | | |
| Timothy Quinnan | 420.00 | Pages | @ | 3.25 | 1,365.00 |
| Exhibits- B&W OCR Scan | 59.00 | Pages | @ | 0.40 | 23.60 |
| Rough Draft | 330.00 | Pages | @ | 1.50 | 495.00 |
| CSI Litigation Support Package | | | | 50.00 | 50.00 |
| **TOTAL DUE >>>** | | | | | **$1,933.60** |
| AFTER 5/20/2018 PAY | | | | | $2,049.62 |

To pay your invoice securely online please access
https://secure.lawpay.com/pages/courtroomsciences/gds-operating
Serviced by LawPay
Thank you for your prompt payment!

**Tax ID:** 75-2314328

Phone: 512-463-2120 Fax:

*Please detach bottom portion and return with payment.*

H. Carl Myers
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

Invoice No. : 63569
Invoice Date : 4/20/2018
**Total Due : $1,933.60**
AFTER 5/20/2018 PAY $2,049.62

Job No. : 125065
BU ID : PTI
Case No. : 4:17-CV-00285-A
Case Name : Wayne M. Klocke, et al. v. The University of Texas at Arlington

Remit To: **Professional Technologies, Inc.**
**DBA CSI Global Deposition Services**
**214-687-5964**
**bthompson@courtroomsciences.com**
**4950 N. O'Connor Rd., Suite 152**
**Irving, TX 75062-2778**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63602 | 4/20/2018 | 125066 |
| **Job Date** | **Case No.** | |
| 3/22/2018 | 4:17-CV-00285-A | |
| **Case Name** | | |
| Wayne M. Klocke, et al. v. The University of Texas at Arlington | | |
| **Payment Terms** | | |
| Due upon receipt | | |

H. Carl Myers
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

| Description | Rate | Amount |
|---|---|---|
| Video Production - Digital Conversion & Synchronization | | |
| Timothy Quinnan | | |
| Digitze & Synchronize per Witness | 200.00 | 200.00 |
| Shipping & Handling | 27.50 | 27.50 |
| **TOTAL DUE >>>** | | **$227.50** |
| AFTER 5/20/2018 PAY | | $241.15 |

To pay your invoice securely online please access
https://secure.lawpay.com/pages/courtroomsciences/gds-operating
Serviced by LawPay
Thank you for your prompt payment!

**Tax ID:** 75-2314328

Phone: 512-463-2120 Fax:

*Please detach bottom portion and return with payment.*

H. Carl Myers
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

Invoice No. : 63602
Invoice Date : 4/20/2018
**Total Due : $227.50**
AFTER 5/20/2018 PAY $241.15

Job No. : 125066
BU ID : VIDEO-P
Case No. : 4:17-CV-00285-A
Case Name : Wayne M. Klocke, et al. v. The University of Texas at Arlington

Remit To: **Professional Technologies, Inc.**
**DBA CSI Global Deposition Services**
**214-687-5964**
**bthompson@courtroomsciences.com**
**4950 N. O'Connor Rd., Suite 152**
**Irving, TX 75062-2778**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64127 | 5/11/2018 | 125986 |
| **Job Date** | **Case No.** | |
| 4/26/2018 | 4:17-CV-00285-A | |
| **Case Name** | | |
| Wayne M. Klocke, et al. v. The University of Texas at Arlington | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sean Flammer
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

| Description | Quantity | | Rate | Amount |
|---|---|---|---|---|
| Expedited Certified Copy of Deposition incl. word index | | | | |
| Daniel Moore | 287.00 Pages | @ | 3.25 | 932.75 |
| Expedite 4 Day | | | | 654.36 |
| Exhibits B&W OCR Scan/Copy | 115.00 | @ | 0.40 | 46.00 |
| CSI Litigation Support Package | | | 50.00 | 50.00 |
| Shipping & Handling | | | 27.50 | 27.50 |
| | **TOTAL DUE >>>** | | | **$1,710.61** |
| | AFTER 6/10/2018 PAY | | | $1,813.25 |

To pay your invoice securely online please access
https://secure.lawpay.com/pages/courtroomsciences/gds-operating
Serviced by LawPay
Thank you for your prompt payment!

OK TO PAY
CX-0596934926
[signature]
SEAN FLAMMER

**Tax ID:** 75-2314328 Phone: 512-463-2120 Fax:

*Please detach bottom portion and return with payment.*

Sean Flammer
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

Invoice No. : 64127
Invoice Date : 5/11/2018
**Total Due : $1,710.61**
AFTER 6/10/2018 PAY $1,813.25

Job No. : 125986
BU ID : PTI
Case No. : 4:17-CV-00285-A
Case Name : Wayne M. Klocke, et al. v. The University of Texas at Arlington

Remit To: **Professional Technologies, Inc.**
**DBA CSI Global Deposition Services**
**214-687-5964**
**bthompson@courtroomsciences.com**
**4950 N. O'Connor Rd., Suite 152**
**Irving, TX 75062-2778**

# INVOICE

CSI
GLOBALDEPOSITIONSERVICES
WWW.COURTROOMSCIENCES.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64217 | 5/11/2018 | 125987 |
| **Job Date** | **Case No.** | |
| 4/27/2018 | 4:17-CV-00285-A | |
| **Case Name** | | |
| Wayne M. Klocke, et al. v. The University of Texas at Arlington | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sean Flammer
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

| Description | Quantity | | | Rate | Amount |
|---|---|---|---|---|---|
| Certified Copy of Deposition incl. word index | | | | | |
| Heather Snow | 378.00 | Pages | @ | 3.25 | 1,228.50 |
| Expedite 3 Day | | | | | 982.80 |
| Exhibits B&W OCR Scan/Copy | 134.00 | | @ | 0.40 | 53.60 |
| CSI Litigation Support Package | | | | 50.00 | 50.00 |
| Shipping & Handling | | | | 27.50 | 27.50 |
| | **TOTAL DUE >>>** | | | | **$2,342.40** |
| | AFTER 6/10/2018 PAY | | | | $2,482.94 |

To pay your invoice securely online please access
https://secure.lawpay.com/pages/courtroomsciences/gds-operating
Serviced by LawPay
Thank you for your prompt payment!

OK TO PAY
CX 0596934926
SEAN FLAMMER

**Tax ID:** 75-2314328 Phone: 512-463-2120 Fax:

*Please detach bottom portion and return with payment.*

Sean Flammer
Attorney General of Texas
300 West 15th Street
9th Floor
Austin, TX 78701

Invoice No. : 64217
Invoice Date : 5/11/2018
**Total Due : $2,342.40**
AFTER 6/10/2018 PAY $2,482.94

Job No. : 125987
BU ID : PTI
Case No. : 4:17-CV-00285-A
Case Name : Wayne M. Klocke, et al. v. The University of Texas at Arlington

Remit To: **Professional Technologies, Inc.**
**DBA CSI Global Deposition Services**
**214-687-5964**
**bthompson@courtroomsciences.com**
**4950 N. O'Connor Rd., Suite 152**
**Irving, TX 75062-2778**

# INVOICE



16414 San Pedro Ave.
Suite 900
San Antonio, TX 78232

866.672.7880
Fax: 210.697.3408
KTandA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51773 | 6/13/2018 | 46986 |
| **Job Date** | **Case No.** | |
| 5/21/2018 | 4:17-CV-00285-A | |
| **Case Name** | | |
| Wayne M. Klocke, et al vs. The University of Texas at Arlington | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. H. Carl Myers
OAG - Assistant Attorney General
Capitol Station
PO Box 12548
Austin TX 78711-2548

Amy Zavadil

| Description | Quantity | | | Rate | Amount |
|---|---|---|---|---|---|
| Depo 35 Transcript, Per page, ten business day turnaround | 287.00 | Pages | @ | 5.95 | 1,707.65 |
| Depo 1 Oral/Video Deposition Service | 1.00 | | @ | 95.00 | 95.00 |
| Depo 18 Insertion of exhibit tabs in excess of five (5) tabs | 9.00 | | @ | 0.50 | 4.50 |
| CS3 Light Litigation Copying (1-160) | 130.00 | | @ | 0.20 | 26.00 |
| Depo 19 Copying pages in Exhibit less than 50 pages (color) | 6.00 | | @ | 1.25 | 7.50 |
| **TOTAL DUE >>>** | | | | | **$1,840.65** |

OAG Case No.: CX0596934926

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **1,840.65** |

**Tax ID:** 80-0344752

Phone: Fax:512-320-0667

*Please detach bottom portion and return with payment.*

Mr. H. Carl Myers
OAG - Assistant Attorney General
Capitol Station
PO Box 12548
Austin TX 78711-2548

OK TO PAY
CX0596934926
H. CARL MYERS

Job No. : 46986 BU ID : AUSTIN
Case No. : 4:17-CV-00285-A
Case Name : Wayne M. Klocke, et al vs. The University of Texas at Arlington
Invoice No. : 51773 Invoice Date : 6/13/2018
**Total Due : $1,840.65**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Kim Tindall & Associates, LLC**
**16414 San Pedro Suite 900**
**San Antonio TX 78232**

# INVOICE



16414 San Pedro Ave.
Suite 900
San Antonio, TX 78232

866.672.7880
Fax: 210.697.3408
KTandA.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51701 | 6/20/2018 | 47070 |
| **Job Date** | **Case No.** | |
| 6/1/2018 | 4:17-CV-00285-A | |
| **Case Name** | | |
| Wayne M. Klocke, et al vs. The University of Texas at Arlington | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. J. Seth Johnson
OAG - Assistant Attorney General
Capitol Station
PO Box 12548
Austin TX 78711-2548

Alan L. Berman

| Description | Qty | | | Rate | Amount |
|---|---|---|---|---|---|
| Depo 35 Transcript, Per page, ten business day turnaround | 160.00 | Pages | @ | 5.95 | 952.00 |
| Depo 31 Transcript, Per Page, six business day turnaround | 160.00 | | @ | 1.05 | 168.00 |
| Depo 1 Oral/Video Deposition Service | 1.00 | | @ | 95.00 | 95.00 |
| Depo 18 Insertion of exhibit tabs in excess of five (5) tabs | 8.00 | | @ | 0.50 | 4.00 |
| CS3 Light Litigation Copying (1-160) | 109.00 | | @ | 0.20 | 21.80 |
| **TOTAL DUE >>>** | | | | | **$1,240.80** |

OAG Case No.: CX0596934926
OAG PO No.: 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

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **1,240.80** |

**Tax ID:** 80-0344752

Phone: Fax:512-320-0667

*Please detach bottom portion and return with payment.*

Mr. J. Seth Johnson
OAG - Assistant Attorney General
Capitol Station
PO Box 12548
Austin TX 78711-2548

Job No. : 47070 BU ID : AUSTIN
Case No. : 4:17-CV-00285-A
Case Name : Wayne M. Klocke, et al vs. The University of Texas at Arlington
Invoice No. : 51701 Invoice Date : 6/20/2018
**Total Due : $1,240.80**

OK TO PAY
CX0596934926
[signature]
J. SETH JOHNSON

Remit To: **Kim Tindall & Associates, LLC**
**16414 San Pedro Suite 900**
**San Antonio TX 78232**

**PAYMENT WITH CREDIT CARD**

AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:




KEN PAXTON
ATTORNEY GENERAL OF TEXAS

**J. SETH JOHNSON**
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX: (512) 320-0667
EMAIL: seth.johnson@oag.texas.gov

June 25, 2018




**Via Federal Express, Priority Overnight:**
Karen Mitchell, U.S. District Clerk
United States District Court
Northern District of Texas, Fort Worth Division
501 W. 10th Street, Room 310
Fort Worth, Texas 76102

RE: Wayne M. Klocke, Independent Administrator of the Estate of Thomas Klocke v. The University of Texas at Arlington; Civil Action No. 4:17-cv-00285-A

Dear Ms. Mitchell:

Enclosed for electronic filing in the above-referenced case please find the original, and a copy for Judge McBryde, of the below-listed pleading:

- Bill of Costs (includes an itemization and copies of invoices).

Please electronically file the original and submit the copy of the above pleading to Judge McBryde pursuant to his requirements.

Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Kathleen Morris

Kathleen Morris
Legal Assistant to Sean Flammer

Enclosures

cc: client agency – via e-mail