IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| WAYNE M. KLOCKE, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF THOMAS KLOCKE, | § § § § |
| Plaintiff, | § § |
| VS. | § § |
| THE UNIVERSITY OF TEXAS AT ARLINGTON, ET AL., | § § § § |
| Defendants. | § |

NO. 4:17-CV-285-A

ORDER

Came on for consideration the motion of plaintiff, Wyne M. Klocke, independent administrator of the Estate of Thomas Klocke, to strike the bill of costs filed by defendant University of Texas at Arlington ("UTA"), and the motion of UTA to consider bill of costs out of time. The court, having considered the motions and UTA's response to plaintiff's motion to strike, finds that plaintiff's motion should be denied and that UTA's motion should be granted. The delay in filing the bill of costs was minimal and plaintiff has not been harmed as a result. See Beauty Mfg. Solutions Corp. v. Ashland, Inc., No. 3:10-CV-2638-G, 2012 WL 4341814, at *7 (N.D. Tex. Aug. 29, 2012).

The court ORDERS that plaintiff's motion to strike be, and is hereby, denied.

The court further ORDERS that UTA's motion to consider bill of costs out of time be, and is hereby, granted.

SIGNED August 1, 2018.

_____
JOHN McBRYDE
United States District Judge