IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 17 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| WAYNE M. KLOCKE, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF THOMAS KLOCKE, <br><br> Plaintiff, <br><br> VS. <br><br> THE UNIVERSITY OF TEXAS AT ARLINGTON, ET AL., <br><br> Defendants. | § § § § § § § § § § § § § | NO. 4:17-CV-285-A |

ORDER

Pursuant to the mandate of the United States Court of Appeals for the Fifth Circuit, this action has been remanded as to the claims asserted by plaintiff, Wayne M. Klocke, Independent Administrator of the Estate of Thomas Klocke, against defendant Nicholas Matthew Watson ("Watson"). Because Watson never answered the complaint before the claims against him were dismissed and because plaintiff amended his complaint after such claims were dismissed, the court is ordering plaintiff to amend to restate only the claims he asserts against Watson, and not to add any additional claims.

The court ORDERS that by September 30, 2019, plaintiff file an amended pleading to be titled "Plaintiff's Amended Complaint" in compliance with the pleading requirements of the Federal Rules

of Civil Procedure[1] and the Local Civil Rules of the United States District Court for the Northern District of Texas, and the judge-specific requirements of the undersigned, and that by October 14, 2019, Watson file an answer or other response to such Plaintiff's Amended Complaint in compliance with the requirements of the Federal Rules of Civil Procedure and Local Civil Rules of the United States District Court for the Northern District of Texas, and the judge-specific requirements of the undersigned.

The court further ORDERS that failure of any party to comply with this order may result in the imposition of sanctions, up to and including dismissal of plaintiff's claims or granting of a default judgment, as appropriate, without further notice.

SIGNED September 17, 2019.

_____
JOHN McBRYDE
United States District Judge

---

[1] Plaintiff is to pay particular attention to, and comply with, the pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure, as explained and clarified by the Supreme Court in Bell Atl. Corp. v. Twombly, 550 U.S. 544 (2007), and Ashcroft v. Iqbal, 556 U.S. 662 (2009), as well as the requirements of Rules 9(b) and 10 of the Federal Rules of Civil Procedure.